UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL D. PIERCE,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT, et al.,<br><br>    Defendants. | Case No. 23-cv-04018 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On August 9, 2023, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983, Dkt. No. 1, along with an application for leave to proceed *in forma pauperis* ("IFP"), Dkt. No. 2. The same day, the Clerk sent Plaintiff a notice that the IFP application was deficient because it lacked the following supporting documents: (1) a Certificate of Funds in Prisoner's Account completed by an authorized official; and (2) a copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 3. Plaintiff was directed to correct this deficiency within twenty-eight days from the date of the notice to avoid dismissal. *Id.* at 1. On August 21, 2023, Plaintiff filed another IPF motion which is deficient for the same reasons. Dkt. No. 6. On September 8, 2023, this matter was reassigned to the undersigned. Dkt. No. 10.

    In the interest of justice, Plaintiff shall be granted one extension of time to file the

supporting documents needed to complete his IFP application.  Plaintiff must file the necessary documents **no later than twenty-eight (28) days** from the date this order is filed to avoid dismissal of this action.

**Failure to respond to this order in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff for failure to pay the filing fee.**

The Clerk shall enclose a blank copy of the Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated:  ___September 14, 2023_

                                                                        _____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP
P:\PRO-SE\BLF\CR.23\04018Pierce_eot-ifp.docx