UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL D. PIERCE, <br>     Plaintiff, <br> v. <br><br> HUMBOLDT CTY. SUP. CT., et al., <br>     Defendants. | Case No. 23-cv-04018 BLF (PR) <br><br> **ORDER DIRECTING CLERK TO CHANGE CASE DESIGNATION** |

On August 9, 2023, Plaintiff filed a complaint under 42 U.S.C. § 1983, against the Superior Court of Humboldt County, Humboldt County Correctional Facility, and officers at the Sheriff's Office.  Dkt. No. 1.  However, the complaint includes challenges to his current confinement, including a false warrant, and seeks release without probation.  *Id.* at 3.  Then on September 1, 2023, Petitioner filed a habeas petition in this same action, challenging the revocation of probation.  Dkt. No. 7.

Although the initiating papers caused the nature of suit to be designated as "550 Prisoner: Civil Rights," it appears that Plaintiff's intent was to file a habeas action, as evidenced by his subsequent filing.  Accordingly, in the interest of justice, the Court directs the Clerk of the Court to change the case designation to "530: Habeas Corpus."

///

**IT IS SO ORDERED.**

Dated: __November 30, 2023____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge