UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL D. PIERCE,<br><br>    Petitioner,<br><br>  v.<br><br>HUMBOLDT CTY. SUP. CT., et al.,<br><br>    Respondents. | Case No. 23-cv-04018 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, Dkt. No. 1, and then a petition for a writ of habeas corpus under 28 U.S.C. § 2254, Dkt. No. 7.  On December 5, 2023, the Court dismissed the petition with leave to amend using the court's form petition and to address the issue of exhaustion.  Dkt. No. 15.  Petitioner was advised that failure to timely respond in accordance with the order would result in the dismissal of this action without prejudice and without further notice.  *Id.* at 4.

The deadline, January 2, 2024, has passed, and Petitioner has failed to respond in the time provided.  Accordingly, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated:  __January 17, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\HC.23\04018Pierce_dism(no-amend.pet)