UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL D. PIERCE,<br>　　　　Petitioner,<br>　v.<br>HUMBOLDT CTY. SUP. CT., et al.,<br>　　　　Respondents. | Case No. 23-cv-04018 BLF (PR)<br>**JUDGMENT** |

　　　For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: __January 17, 2024_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\HC.23\04018Pierce_judgment